IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KENNETH A. TONG,

      Petitioner,

v.                                         Case No.  5D16-0074

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed March 4, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

Kenneth A. Tong, Raiford, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Kaylee Tatman, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the November 3, 2015, judgments and sentences in Case Nos. 2015-CF-324 and 2015-CF-547, in the Circuit Court in and for St. Johns County, Florida.  *See* Fla. R. App. P. 9.141(c)(6)(D).

      PETITION GRANTED.

LAWSON, C.J., SAWAYA, EVANDER, JJ., concur.